UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

IEZABEL ZELTSER and
RAFAEL GILKAROV

          Defendants.

- - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 17-cr-00077(AD)

      Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by U.S. Department of Justice Trial Attorney Debra Jaroslawicz, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          February 15, 2017

                                      S/ Cheryl L. Pollak
                                      _____
                                      HONORABLE CHERYL L. POLLAK
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK